**Affirmed as Modified and Opinion Filed October 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

———————————————

## No. 05-13-00874-CR

———————————————

### DAMON JAMES WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

———————————————

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30651-U**

———————————————

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

Damon James Wilson appeals from his conviction for assault involving family violence, with a prior assault-family violence conviction. *See* TEX. PENAL CODE ANN. § 22.01(a)(1) (West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2014). The trial court assessed punishment, enhanced by one prior felony conviction, at eighteen years' imprisonment and a $2,000 fine. In a single issue, appellant contends the trial court's judgment should be modified to reflect the correct statute for the charged offense. The State agrees the judgment should be modified as appellant requests. We modify the trial court's judgment and affirm as modified.

The trial court's judgment incorrectly identifies the statute for the offense as "22.02 Penal Code." Appellant was convicted of assault involving family violence, with a prior conviction for assault-family violence under section 22.01 of the Texas Penal Code. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2) (West 2011). Thus, the judgment is incorrect. We sustain appellant's sole issue.

We further note the judgment incorrectly shows the plea to the first enhancement paragraph and the finding on the first enhancement paragraph as "N/A." The record shows appellant pleaded true to the enhancement paragraph and the trial court found the enhancement paragraph true.

We modify the judgment to show (1) the statute for the offense is "22.01(a)(1) Penal Code," (2) the plea to the first enhancement paragraph is "true," and (3) the findings on the first enhancement paragraph is "true." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
130874F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAMON JAMES WILSON, Appellant

No. 05-13-00874-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-30651-U).
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Statute for Offense" is modified to show "22.01(a)(1) Penal Code."

The section entitled "Plea to 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Findings on 1st Enhancement Paragraph" is modified to show "True."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered October 21, 2014